Joel B. Rothman (WBN 57717)
**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile
Joel.rothman@sriplaw.com

Attorneys for Plaintiffs
*Ferdinand D. Ladera, Florian Usseglio*
*Ivan Laliashvili and Martina Fichera*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
### SPOKANE DIVISION

| | |
|---|---|
| FERDINAND LADERA,<br><br>    Plaintiff,<br>  v.<br>LITB, INC. dba LIGHT IN THE BOX,<br><br>    Defendant. | CASE NO. 2:22-cv-00221<br><br>**CONSOLIDATED FOR PRE-TRIAL DISCOVERY**<br><br>**JOINT STATUS REPORT** |
| FLORIAN USSEGLIO,<br><br>    Plaintiff,<br>  v.<br>LITB, INC. dba LIGHT IN THE BOX,<br><br>    Defendant. | CASE NO. 2:22-cv-00223 |

| | |
|---|---|
| IVAN LALIASHVILI,<br><br>    Plaintiff,<br>v.<br><br>LITB, INC. dba LIGHT IN THE BOX,<br><br>    Defendant. | CASE NO. 2:22-cv-00224 |
| MARTINA FICHERA,<br><br>    Plaintiff,<br>v.<br><br>LITB, INC. dba LIGHT IN THE BOX,<br><br>    Defendant. | CASE NO. 2:22-cv-00260 |

Plaintiffs FERDINAND LADERA, FLORIAN USSEGLIO, IVAN LALIASHVILI and MARTINA FICHERA, and Defendant LITB, INC. dba LIGHT IN THE BOX, by and through their undersigned counsel, and pursuant to the Court's Order Regarding Motion to Consolidate, hereby submit their Joint Status Report as follows:

**1. Trial Date**

Pursuant to the Court's Order granting the motion to consolidate, the cases "are consolidated for pretrial discovery and motion practice only" and "the issue of trial consolidation can be reconsidered later." Thus, the parties propose the following trial dates in each separate case:

| Case | Proposed Trial Date |
|---|---|
| *Ferdinand Ladera v. Litb, Inc. dba Light In The Box*, Case No. 2:22-cv-00221 | 06/03/2024 |
| *Florian Usseglio v. Litb, Inc. dba Light In The Box*, Case No. 2:22-cv-00223 | 06/17/2024 |
| *Ivan Laliashvili v. Litb, Inc. dba Light In The Box*, Case No. 2:22-cv-00224 | 07/01/2024 |
| *Martina Fichera v. Litb, Inc. dba Light In The Box*, Case No. 2:22-cv-00260 | 07/15/2024 |

## 2. Estimated Length of Trial

Pursuant to the Court's Orders Re: Motion to Consolidate Cases: "The issue of trial consolidation can be reconsidered later." The parties anticipate that trial will require 3-5 trial days per case if tried separately. Defendant expects that if the matters are consolidated for trial, the total trial time would be 7-10 days. Defendant expects to raise the issue of trial consolidation at a later date for the Court to reconsider.

## 3. Deadlines for Consolidated Motion Practice and Discovery

| Action | Joint Proposal of the Parties |
|---|---|
| Deadline for Motions for Joinder of Additional Parties | 04/28/2023 |
| Exchange of Initial Expert Disclosures and Reports | 01/12/2024 |
| Exchange of Expert Rebuttal Reports | 02/09/2024 |

| Discovery Cut off | **02/23/2024** |
|---|---|
| Last Day to File and Serve all Dispositive Motions and *Daubert* Motions | **03/08/2024** |
| Deadline for Motions in Limine | **05/03/2024** |
| Deadline for Joint Pretrial Exhibit Stipulation | **05/17/2024** |
| Pretrial Conference | **05/27/2024** |
| Pretrial Order (Local Rule 16.1(e)) | **05/20/2024** |
| Deadline for Proposed Jury Instructions, Trial Briefs, and/or Proposed Findings of Fact and Conclusions of Law, and Proposed Voir Dire | **05/17/2024** |
| Exchange of Initial Exhibit and Witness Lists | **04/19/2024** |
| Deadline for Filing of Deposition Designations | **05/17/2024** |

DATED: April 7, 2023               Respectfully submitted,

| | |
|---|---|
| */s/ Joel B. Rothman* | */s/ Sean M. Sullivan* |
| JOEL B. ROTHMAN | SEAN M. SULLIVAN (WA Bar #52385) |
| Washington Bar Number: 57717 | |
| joel.rothman@sriplaw.com | |
| | Jack Shaw |
| | Jack.shaw@procopio.com |
| **SRIPLAW, P.A.** | **PROCOPIO, CORY, HARGREAVES &** |
| 21301 Powerline Road, Suite 100 | **SAVITCH LLP** |
| Boca Raton, FL 33433 | 3000 El Camino Real, Suite 5-400 |
| 561.404.4350 – Telephone | Palo Alto, CA 94306 |
| 561.404.4353 – Facsimile | |

*Attorneys for Plaintiff Ferdinand Ladera, Florian Usseglio, Ivan Laliashvili and Martina Fichera*

650.645.9000 – Telephone
650.687.8300 – Facsimile

Sean M. Sullivan (WA Bar #52385)
sean.sullivan@procopio.com
**PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**
525 B Street, Suite 2200
San Diego, CA 92101
619.238.1900 – Telephone
619.235.0398 – Facsimile

*Attorneys for Defendant LITB, INC. dba LIGHT IN THE BOX*